No. 87–1001. H. K. PORTER CO., INC. v. METROPOLITAN DADE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Richmond* v. *J. A. Croson Co.*, 488 U. S. 469 (1989). JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS would deny certiorari.

No. 88–802. SMITH ET AL. v. STONEKING. C. A. 3d Cir. Motion of petitioners to consolidate this case with No. 88–1350, *Smith* v. *Sowers*, denied. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *DeShaney* v. *Winnebago County Dept. of Social Services*, *ante*, p. 189.

No. 88–816. CITY OF NEW KENSINGTON ET AL. v. HORTON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF POWDRILL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *DeShaney* v. *Winnebago County Dept. of Social Services*, *ante*, p. 189.

No. — – ——. LATHEN v. UNITED STATES. Application for extension of time within which to file petition for writ of certiorari out of time denied.

No. — – ——. WARD ET AL. v. FREEDMAN. Motion of petitioners for leave to file petition for writ of certiorari under seal denied.

No. A–624. BOYCE v. ISRAELITE BIBLE CLASS, INC. App. Ct. Ill., 5th Dist. Application for stay, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. A–690 (88–6635). WILLIAMS v. KEMP, WARDEN. C. A. 11th Cir. Application of the Attorney General of Georgia to vacate the stay of execution granted by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.